**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

**No. 95-7184**

---

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

versus

TERRY JAMES STAFFORD,

Defendant - Appellant.

---

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Robert D. Potter, Senior District Judge. (CR-93-119, CA-95-83-3-P)

---

Submitted: March 21, 1996          Decided: April 2, 1996

---

Before NIEMEYER and MICHAEL, Circuit Judges, and BUTZNER, Senior Circuit Judge.

---

Affirmed by unpublished per curiam opinion.

---

Terry James Stafford, Appellant Pro Se.  Peter Crane Anderson, OFFICE OF THE UNITED STATES ATTORNEY, Charlotte, North Carolina, for Appellee.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Appellant appeals from the district court's order denying his 28 U.S.C. § 2255 (1988) motion. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. <u>United States v. Stafford</u>, Nos. CR-93-119; CA-95-83-3-P (W.D.N.C. June 21, 1995). We also deny Appellant's request for appointed counsel on appeal.  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>